**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Tina C Garey a/k/a Tina Chong Ok Garey, f/k/a Tina Rice, f/k/a Tina St Michel |
| Debtor 2 (Spouse, if filing) | Rex Charles Garey |
| United States Bankruptcy Court for the: | Southern District of Mississippi |
| Case number | 23-51575-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**  New American Funding, LLC          **Court claim no.** (if known):  **9**

**Last 4 digits** of any number you use to identify the debtor's account:        XXXXXX4022

**Date of payment change:**
Must be at least 21 days after the date of this notice          **05/01/2026**

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*          **$2,181.26**

## Part 1:  Escrow Account Payment Adjustment

**1.  Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
_____

**Current escrow payment :**    $687.66          **New escrow payment:**    $818.75

## Part 2:  Mortgage Payment Adjustment

**2.  Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?**

☒ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____
_____

**Current interest rate:** _____          **New interest rate:** _____

**Current principal and interest payment** _____          **New principal and interest payment:** _____

## Part 3:  Annual HELOC Notice

**3.  Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.
        **Current HELOC payment:**  $ _____

        **Reconciliation amount:**  + $ _____  or
                                    − $ _____

Debtor 1    Tina C Garey             Case Number *(if known)*    23-51575-KMS

Amount of next payment (including reconciliation amount):  $ _____

Amount of new payment thereafter (without reconciliation amount):  $ _____

| Part 4: | Other Payment Change |
|---|---|

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $ _____      New mortgage payment:  $_____

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Heather Martin-Herron*             Date   04/10/2026
Signature

Print:      Joel W. Giddens, Kate Lachowsky-Khan, & Heather Martin-Herron      Title   Attorneys

Company      Foundation Legal Group, LLP

Address      400 W. Capitol Ave., Ste 1400
Little Rock, AR 72201

Contact phone      (866) 501-9462      Email    joel.giddens | kate.lachowsky | heather.martin-herron@thefoundationlegalgroup.com

Debtor 1     Tina C Garey                                 Case Number *(if known)*   23-51575-KMS

## CERTIFICATE OF SERVICE

On __April 10, 2026_____, a copy of the foregoing Notice of Payment Change was served electronically through the electronic case filing system (ECF) upon:

Thomas Carl Rollins, Jr.                          Warren A. Cuntz, Jr.
Attorney at Law                                   Trustee
PO Box 13767                                      P.O. Box 3749
Jackson, MS 39236                                 Gulfport, MS 39505-3749

and served via U.S. mail upon:


Tina C Garey, and Rex Charles Garey
Debtor(s)
11658 Pinehurst Pl W
Gulfport, MS 39503

                                                  */s/ Heather Martin-Herron*
                                                  Joel W. Giddens (105450)
                                                  Kathryn Lachowsky-Khan (105769)
FLG No. 357904                                     Heather Martin-Herron (105772)

Official Form 410S1                    **Notice of Mortgage Payment Change**                    Page 3



P.O. Box 170581
Austin, TX 78717

Address Service Requested

TINA RICE
11658 PINEHURST PL W
GULFPORT MS 39503

# ESCROW ANALYSIS STATEMENT

| | |
|---|---|
| **Statement Date:** | 02/17/26 |
| **Loan Number:** | |
| **Property Address:** | 11658 PINEHURST PL W GULFPORT MS 39503 |

**Questions? We are here to help.**

**Customer Service:** 800-893-5304
Monday through Friday, from 8:00 AM to 9:00 PM CT and Saturday from 10:00 AM to 2:00 PM CT

**newamericanfunding.com/myloan**

## Here's why you are receiving this statement:

At least once a year, we review your escrow account to make sure there is enough money to cover your property taxes and insurance payments and not go below the minimum required balance. This protects you and us from fluctuating taxes and insurance that can cause changes in your account.

This statement details the amount we paid on your behalf since your last analysis and includes projections for the next 12 months.



**Want to learn more about your escrow account?**
Scan the QR code with your mobile phone or visit **NAF.com/Escrow** to review our educational escrow video.

---

Based on our review, you have a **shortage** of

## $1,139.47

| | | |
|---|---|---|
| | Projected minimum balance | -$470.50 |
| - | Required minimum balance | $1,022.61 |
| | Shortage amount | $1,139.47 |

Most shortages are caused by changes in taxes and insurance. To see changes, turn to Part 3.

---

## 1 YOUR MORTGAGE PAYMENT

**NEW PAYMENT** Your new mortgage payment will be: $2,181.26     STARTING MAY 01, 2026

| Mortgage Payment Breakdown | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $1,362.51 | $1,362.51 | $0.00 |
| Regular Escrow Payment | $656.75 | $723.79 | $67.04 |
| Repayment of Escrow Shortage | $30.91 | $94.96 | $64.05 |
| **Total Payment Amount** | **$2,050.17** | **$2,181.26** | **$131.09** |

---

**The shortage amount will be added to your monthly payment effective 05/01/2026 but you have options.**

**We've outlined three different payment options for you to choose from to correct your shortage.**

*Note: If you currently use a third-party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above.*

-----------------------------------------------------------------------------------------------------------------------



TINA RICE
Loan Number: 

**Shortage Amount: $1,139.47**

New American Funding, LLC
P.O. Box 737257
Dallas, TX 75373-7257

### Optional Escrow Payment
I understand no payment towards the escrow shortage is due now, but I do have options:

**OPTION 1**
12-month Spread, *No action required.*
New monthly payment **$2,181.26** beginning **05/01/2026.**

☐ **OPTION 2**
Pay shortage of **$1,139.47** and adjust my mortgage payment to **$2,086.30** starting **05/01/2026,** once this payment is processed.

☐ **OPTION 3**
Pay at least half of the shortage. I understand that the rest of the shortage will be divided by 12 and added to my monthly payment. Pay $_____.

Please write your loan number on your check and mail this portion with your payment.



| | |
|---|---|
| **Statement Date:** | 02/17/26 |
| **Loan Number:** | ▮▮▮▮▮▮▮ |
| **Property Address:** | 11658 PINEHURST PL W<br>GULFPORT MS 39503 |

## 2 CALCULATING ESCROW AMOUNTS

An **escrow account** is an account where we hold funds used to pay your property taxes, homeowner's insurance, and mortgage insurance premiums (if applicable) throughout the year. In order to determine what your payment will be the following year, we must analyze your loan.

### Here's how we calculate your escrow amounts:

 We first take a look at all escrow payments received, as well as all tax and insurance items paid out during the past year or from your last analysis.

Next, we estimate the tax and insurance items that we will pay for the next year and divide the projected total by 12. This will determine what your new monthly escrow payment will be. If your loan has mortgage insurance, this is added to your monthly escrow payment as well.

Now that we know what your monthly escrow payment will be, we project your monthly escrow balances over the next year, to show what is being deposited and paid out.

Lastly, we compare the lowest escrow balance month to the required minimum balance (**cushion**) to determine if there will be a shortage or overage.

A **cushion** helps cover unexpected increases in taxes and/or insurance. Lenders are allowed to maintain a 2-month cushion by state and federal law. The cushion is calculated by adding your yearly escrow items and dividing the total by 12. This amount is then multiplied by 2.

## 3 YOUR ESCROW HISTORY

The charts below reflects what happened in your escrow account since your last analysis, compared to what we expected would happen.

| Escrow Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| COUNTY | $1,007.30 | $1,101.66 | $94.36 |
| HAZARD INS | $4,324.00 | $5,034.00 | $710.00 |
| PMI | $2,549.76 | $2,549.76 | $0.00 |
| **Total Annual Escrow Payments** | **$7,881.06** | **$8,685.42** | **$804.36** |
| **Monthly Escrow Payments** | **$656.75** | **$723.79** | **$67.04** |

| Date | Expected Payments to Escrow | Actual Payments to Escrow | What We Estimated to Pay Out | What We Paid Out | Description | Total Balance |
|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | $1,496.87 |
| 05/2025 | $656.75 | $1,375.32 * | $212.48 | $0.00 * | PMI | $2,872.19 |
| 05/2025 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $2,659.71 |
| 06/2025 | $656.75 | $687.66 * | $212.48 | $0.00 * | PMI | $3,347.37 |
| 06/2025 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $3,134.89 |
| 07/2025 | $656.75 | $0.00 * | $212.48 | $0.00 * | PMI | $3,134.89 |
| 07/2025 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $2,922.41 |
| 08/2025 | $656.75 | $1,375.32 * | $212.48 | $0.00 * | PMI | $4,297.73 |
| 08/2025 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $4,085.25 |
| 09/2025 | $656.75 | $687.66 * | $212.48 | $0.00 * | PMI | $4,772.91 |
| 09/2025 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $4,560.43 |
| 10/2025 | $656.75 | $687.66 * | $212.48 | $0.00 * | PMI | $5,248.09 |
| 10/2025 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $5,035.61 |
| 10/2025 | $0.00 | $0.00 | $0.00 | $5,034.00 * | HAZARD INS | $1.61 |
| 11/2025 | $656.75 | $687.66 * | $212.48 | $0.00 * | PMI | $689.27 |
| 11/2025 | $0.00 | $0.00 | $4,324.00 | $0.00 * | HAZARD INS | $689.27 |
| 11/2025 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $476.79 |
| 12/2025 | $656.75 | $687.66 * | $212.48 | $0.00 * | PMI | $1,164.45 |



| | | Statement Date: | 02/17/26 |
| Loan Number: | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| Property Address: | 11658 PINEHURST PL W |
| | GULFPORT MS 39503 |

| Date | Expected Payments to Escrow | Actual Payments to Escrow | What We Estimated to Pay Out | What We Paid Out | Description | Total Balance |
|---|---|---|---|---|---|---|
| 12/2025 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $951.97 |
| 12/2025 | $0.00 | $0.00 | $0.00 | $1,101.66 * | COUNTY | -$149.69 |
| 01/2026 | $656.75 | $687.66 * | $212.48 | $0.00 * | PMI | $537.97 |
| 01/2026 | $0.00 | $0.00 | $1,007.30 | $0.00 * | COUNTY | $537.97 |
| 01/2026 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $325.49 |
| 02/2026 | $656.75 | $0.00 * | $212.48 | $0.00 * | PMI | $325.49 |
| 02/2026 | $0.00 | $0.00 | $0.00 | $212.48 * | PMI | $113.01 |
| 03/2026 | $656.75 | $687.66 E | $212.48 | $212.48 E | PMI | $588.19 |
| 04/2026 | $656.75 | $687.66 E | $212.48 | $212.48 E | PMI | $1,063.37 |
| TOTALS | | | $7,881.06 | $8,685.42 | ENDING BALANCE | $1,063.37 |

An amount listed with an "E" indicates a payment or disbursement from escrow that we anticipate will occur prior to the effective date of your new monthly payment. An asterisk (*) indicates a difference between the expected and actual payments and disbursements.

# 4  THE NEXT 12 MONTHS

## Expected Escrow Payments Over the Next 12 Months

| Escrowed Item | Anticipated Amounts Due | Your Monthly Regular Escrow Payment |
|---|---|---|
| COUNTY | $1,101.66 | $8,685.42 / 12 = |
| HAZARD INS | $5,034.00 | |
| PMI | $2,549.76 | **$723.79** |
| Expected Annual Disbursements: | $8,685.42 | |

The chart below reflects a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months.

| Date | Expected Payments to Escrow | What We Estimate to Pay Out | Description | Projected Balance | Minimum Required | Difference |
|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | $1,063.37 | | |
| 05/2026 | $723.79 | $212.48 | PMI | $1,574.68 | $1,022.61 | $552.07 |
| 06/2026 | $723.79 | $212.48 | PMI | $2,085.99 | $1,022.61 | $1,063.38 |
| 07/2026 | $723.79 | $212.48 | PMI | $2,597.30 | $1,022.61 | $1,574.69 |
| 08/2026 | $723.79 | $212.48 | PMI | $3,108.61 | $1,022.61 | $2,086.00 |
| 09/2026 | $723.79 | $212.48 | PMI | $3,619.92 | $1,022.61 | $2,597.31 |
| 10/2026 | $723.79 | $212.48 | PMI | $4,131.23 | $1,022.61 | $3,108.62 |
| 11/2026 | $723.79 | $212.48 | PMI | $4,642.54 | $1,022.61 | $3,619.93 |
| 11/2026 | $0.00 | $5,034.00 | HAZARD INS | -$391.46 | $1,022.61 | -$1,414.07 |
| 12/2026 | $723.79 | $212.48 | PMI | $119.85 | $1,022.61 | -$902.76 |
| 01/2027 | $723.79 | $212.48 | PMI | $631.16 | $1,022.61 | -$391.45 |
| 01/2027 | $0.00 | $1,101.66 | COUNTY | -$470.50 | $1,022.61 | -$1,493.11 |
| 02/2027 | $723.79 | $212.48 | PMI | $40.81 | $1,022.61 | -$981.80 |
| 03/2027 | $723.79 | $212.48 | PMI | $552.12 | $1,022.61 | -$470.49 |
| 04/2027 | $723.79 | $212.48 | PMI | $1,063.43 | $1,022.61 | $40.82 |

**Low Balance used to determine escrow overage or shortage.
If you are currently participating in a Loss Mitigation Plan, please give us a call at 1-800-450-2010 ext. 9208 as this change may affect your payment plan.

# 5  IMPORTANT INFORMATION

**Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year. If you have any questions, please contact us at 800-893-5304.**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. This notice is required by the Federal Fair Debt Collection Practices Act.

If you or your account are subject to pending bankruptcy or the obligation referred in this letter has been discharged for bankruptcy, this letter/statement is for information purpose only and is not an attempt to collect a debt.